UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: herbertraymond@gmail.com

Order Filed on October 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
AVAHAM SAVE,

DEBTOR

| | |
|---|---|
| Case No.: | 22-13616 |
| Chapter: | 13 |
| Judge: | JKS |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 18, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 7/19/22                          :

Property:     22 Mountain Way, West Orange, NJ

Creditor:     Deutsche Bank/Nationstar Mortgage

and a Request for

☒     Extension of the Loss Mitigation Period having been filed by  DEBTOR                          , and for good cause shown,

☐     Early Termination of the Loss Mitigation Period having been filed by                            , and for good cause shown,

It is hereby ORDERED that,

☒     The Loss Mitigation Period is extended up to and including 1/6/23                          .

☐     The Loss Mitigation Period is terminated, effective                              .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*